**Ronald P. KRUEGER, et al., Plaintiffs,**

and

**The Travelers Property Casualty Company of America,
Plaintiff/Appellant,**

v.

**MERCY HOSPITALS EAST COMMUNITIES f/k/a St. John's Mercy Health System f/k/a St. John's Mercy Medical Center, et al., Defendants/Respondents.**

**No. ED 104143**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: May 16, 2017

Kenneth K. Vuylsteke, 110 E Lockwood Ave, Webster Groves, Mo. 63119, for appellant.

Kenneth W. Bean, Bobbie J. Moon, Co-Counsel, Dennis S. Harms, Co-Counsel, 600 Washington Ave 15TH Floor, St. Louis, Mo. 63101, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., Lisa S. Van Amburg, J.

### ORDER

PER CURIAM.

Travelers Property Casualty Company of America ("Travelers") appeals from the

---

1. All rule references are to Mo. R. Crim. P. 2015, unless otherwise indicated.

judgment of the Circuit Court of St. Louis County following a jury verdict rejecting its claim for equitable indemnification against Mercy Hospitals East Communities ("Mercy Hospital"). Travelers argues the trial court erred and abused its discretion in denying its motion for a new trial.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).